**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 18-cv-01510-RM-MEH

AMBER RALLO, on behalf of herself and all others similarly situated,

    Plaintiffs,

v.

PALMER ADMINISTRATIVE SERVICES, INC., and
DOES 1-10,

    Defendants.

---

## ORDER OF DISMISSAL
---

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties (ECF No. 23), this matter is dismissed in its entirety with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

    DATED this 4th day of April, 2019.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge